UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Deborah A. Gregory
_____

NAME OF PLAINTIFF(S)

v.

New York City
Health & Hospitals Corp.
Bellevue Hospital Center
_____

NAME OF DEFENDANT(S)

COMPLAINT

Jury Trial Demanded

CV 07 1531

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 04 2007 ★
BROOKLYN OFFICE

RECEIVED
APR 04 2007
PRO SE OFFICE

COGAN, J.
BLOOM, M.J.

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

___  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

    751 St. Marks Avenue - B16
    Street Address

    Kings, N.Y., 11216, 646-591-1831
    County   State   Zip Code   Telephone Number

2. Defendant(s) resides at, or its business is located at:

    First Avenue & 27th Street
    Street Address

    N.Y., N.Y., N.Y., 10016
    County   City   State   Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

    Same As Above
    Street Address

    _____, _____, _____, _____
    County   City   State   Zip Code

4. The discriminatory conduct of which I complain in this action includes (check only those that apply).

\_\_\_\_\_ Failure to hire.

\_\_\_\_\_ Termination of my employment.

\_\_\_\_\_ Failure to promote.

\_\_\_\_\_ Failure to accommodate my disability.

\_\_\_\_\_ Unequal terms and conditions of my employment.

✓ Retaliation

\_\_\_\_\_ Other acts (specify): _____.

NOTE: *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:
   July 8, 2005
   Date(s)

6. I believe that the defendant(s) (check one)

   \_\_\_\_\_ is still committing these acts against me.

   ✓ is **not** still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
   (check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)

   [ ] race _____     [ ] color _____

   [ ] gender/sex _____     [ ] religion _____

   [ ] national origin _____

   [ ] age _____     My date of birth is: _____
                                                             Date

   [ ] disability _____

NOTE: *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*